## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2022 DEC 1 PM6:00

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| | Criminal No. 22-*515 (RAM)* |
| v. | Violations: |
| | 18 U.S.C. § 922(o) |
| CHRISTOBAL ALEJANDRO | 18 U.S.C. § 924(c)(1)(A) & (B) |
| LOPATEGUI-PAOLI, | 21 U.S.C. § 841(a)(1) |
| Defendant. | **FIVE COUNTS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
Possession of a Machine Gun in Furtherance of a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)(B)(ii)

On or about November 18, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI,

did knowingly and unlawfully possess a firearm modified to fire more than one round of ammunition, without manual reloading, by a single function of the trigger, namely, one Glock Model 17, 9mm, serial number NGU886, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Counts Four and Five. All in violation of 18 U.S.C. § 924(c)(1)(B)(ii).

**COUNT TWO**
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
18 U.S.C. § 924(c)(1)(A)(i)

On or about November 18, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI,

did knowingly and unlawfully possess: one Smith and Wesson .38-caliber revolver serial number 4D67469; one Glock model 17, 9mm, serial number NGU886, and one Beretta model 9000S .40-caliber pistol serial number SN015983, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances as charged in Counts Four and Five. All in violation of 18 U.S.C. § 924(c)(1)(A)(i).

**COUNT THREE**
Illegal Possession of a Machine Gun
18 U.S.C. § 922(o)

On or about November 18, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI,

did knowingly possess a machinegun, that is, one Glock Model 17, 9mm, serial number NGU886, that had been modified so that it was capable of firing automatically more than one round of ammunition, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. § 922(o) and 924(a)(2).

**COUNT FOUR**
Possession with Intent to Distribute Controlled Substances
21 U.S.C. § 841(a)(1)

On or around November 18, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II narcotic controlled substance. All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

**COUNT FIVE**
Possession with Intent to Distribute Controlled Substances
21 U.S.C. § 841(a)(1)

On or around November 18, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI,

did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing methamphetamine, a Schedule II narcotic controlled substance. All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant,

CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

a)  One Smith and Wesson .38-caliber revolver serial number 4D67469;

b)  One Glock model 17, 9mm, serial number NGU886;

c)  One Beretta model 9000S .40-caliber pistol serial number SN015983;

d)  Approximately 22 cartridges of .38-caliber ammunition;

e)  Approximately 72 cartridges of 9mm ammunition;

f)  Approximately 10 cartridges of .40-caliber ammunition;

g)  Approximately 40 cartridges of .223-caliber ammunition;

h)  Approximately three cartridges of 7.62x39mm ammunition;

i)  Approximately five 9mm magazines; and

j)  Approximately one .40-caliber magazine.

## NARCOTICS FORFEITURE ALLEGATION

The allegations in this Indictment are realleged and incorporated by reference for the purpose of providing notice of forfeiture pursuant to 21 U.S.C. § 853.

The United States gives notice to CHRISTOBAL ALEJANDRO LOPATEGUI-PAOLI that upon conviction of the offense alleged in Counts Four and Five, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of that offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense is subject to forfeiture under 21 U.S.C. § 853.

The property to be forfeited includes, but is not limited to, a sum of money representing the amount of proceeds traceable to the commission of the offense alleged in Counts Four and Five.

## SUBSTITUTE ASSETS

The defendant charged in this Indictment is notified if property subject to forfeiture, because of any act or omission of the defendant,

a)    cannot be located upon the exercise of due diligence;

b)    has been transferred or sold to, or deposited with, a third party;

c)    has been placed beyond the jurisdiction of the court;

d)    has been substantially diminished in value; or

e)    has been commingled with other property which cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture pursuant to 21 U.S.C. § 853(p), as incorporated by reference in 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 1 DEC 2022

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Section

Daniel J. Olinghouse
Assistant United States Attorney